WILLIAM CURRY AND HENRY H. TIFT, PLAINTIFFS IN ERROR, vs. WHITMORE PINDER, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Monroe county.

*Fred. T. Myers*, for Plaintiffs in Error.

*R. W. Williams*, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error.

Writ of error dismissed on præcipe of counsel for plaintiffs in error.